**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGA & TITAN INC., | Case No. 2:20-cv-02698-MCS-AS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the Court's orders and the jury's verdict, it is ordered, adjudged and decreed:

Judgment is entered in favor of Plaintiff AGA & Titan, Inc., and against Defendant United Specialty Insurance Company on Plaintiff's claim for breach of contract. Plaintiff shall recover damages in the amount of $542,599.50.

Judgment is entered in favor of Defendant and against Plaintiff on Plaintiff's claim for breach of the covenant of good faith and fair dealing. Plaintiff shall take nothing on this claim.

**IT IS SO ORDERED.**

Dated: June 23, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE